**DISMISSED and Opinion Filed November 30, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-20-00946-CV
_____

### IN RE CHRISTOPHER BEACHUM, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55206-W**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Evans
Opinion by Justice Evans

Christopher Beachum has filed a petition for writ of mandamus seeking to compel the Dallas County Public Defender's office and the assistant public defender who represented him at trial to turn over his case file. Relator has also filed motions to permit him to file his petition and to suspend the appellate rules regarding service and the number of copies he must file.

This Court has jurisdiction to issue writs of mandamus against district and county judges within our geographic jurisdiction or when necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *see also Powell v. Hocker*, 516 S.W.3d 488, 491 (Tex. Crim. App. 2017) (explaining mandamus jurisdiction of courts of appeal). Because relator's petition seeks mandamus relief

we are not authorized to grant, we dismiss the petition for want of jurisdiction. *See In re Conway*, No. 01-14-00612-CR, 2014 WL 4589849, at \*1 (Tex. App.—Houston [1st Dist.] Sept. 16, 2014, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction mandamus petition seeking to force former criminal defense counsel to turn over case file).

We dismiss relator's petition for writ of mandamus for want of jurisdiction. We deny as moot all pending motions.

/David Evans/
DAVID EVANS
JUSTICE

200946F.P05